**Order filed July 2, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00678-CR
NO. 14-12-00679-CR

_____

**MARVIN LEE WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1333900 and 1333901**

## ORDER

Appellant is represented by appointed counsel, **Wilford A. Anderson**. **Appellant's brief was originally due October 8, 2012.** On November 8, 2012, we abated this appeal and directed the trial court to determine the reason for failure to file a brief. A hearing was held. Wilford A. Anderson represented to the trial court a brief would be filed by January 4, 2013. The appeal was reinstated. On January 4, 2013, Wilford A. Anderson filed a motion for extension of time to file the brief. The motion was granted until February 8, 2013. On February 8, 2013**,** time to file appellant's brief

expired without a brief and no motion for extension of time was filed. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on February 14, 2013, that no brief had been received. No response from appellant was received. On March 22, 2013, we again abated this appeal and directed the trial court to determine the reason for failure to file a brief. A hearing was held. Wilford A. Anderson represented to the trial court a brief would be filed within forty-five days. No brief was filed. Counsel and the trial court were notified on June 4, 2013, that no brief had been received. As of this date, no brief has been filed.

Accordingly, we order **Wilford A. Anderson** to file a brief with the clerk of this court **within thirty days** of the date of this order. If **Wilford A. Anderson** does not timely file the brief as ordered, the court may order him to appear before this court, on a date certain to show cause why he should not be held in contempt for not filing the brief in Appeal Nos. 14-12-00678 -CR; and 14-12-00679-CR; *Marvin Lee Watts v. The State of Texas,* as ordered.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.